IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SONIA MARQUEZ, o/b/o E.O.M., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. CIV-05-974-M |
| ) | |
| JO ANNE B. BARNHART, ) | |
| Commissioner, Social Security ) | |
| Administration, ) | |
| ) | |
| Defendant. ) | |

### ORDER

On September 29, 2006, United States Magistrate Judge Bana Roberts issued a Report and Recommendation in this action in which plaintiff seeks judicial review of the final decision of defendant Commissioner of Social Security Administration ("Commissioner"), denying plaintiff's application for supplemental security income payments on behalf of her minor child, E.O.M., under the Social Security Act. The Magistrate Judge recommended the Commissioner's decision in this matter be affirmed. Plaintiff was advised of her right to object to the Report and Recommendation by October 20, 2006. A review of the file reveals no objection has been filed.

Upon de novo review, the Court:

(1) ADOPTS the Report and Recommendation issued by the Magistrate Judge on September 29, 2006, and
(2) AFFIRMS the decision of the Commissioner.

**IT IS SO ORDERED this 31st day of October, 2006.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE